FILED

Pritish Vora
27758 Santa Marg. Pkwy #530
Mission Viejo, CA 92691
949-292-8359
Plaintiff in Pro Per

2018 OCT -9 PM 3:12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pritish Vora,<br><br>          Plaintiff,<br><br>     vs.<br><br>LVNV FUNDING, LLC et al.,<br><br>          Defendants. | Case No.: 8:18-cv-01674-JLS-(JDEx)<br>**NOTICE OF SUPPLEMENTAL PROOFS OF SERVICE** |

COMES NOW, Plaintiff, Pritish Vora, ("Plaintiff"), by way of Pro Se, hereby files with the HONORABLE COURT the NOTICE OF SUPPLEMENTAL PROOFS OF SERVICE regarding the NOTICE OF ASSIGNMENT (Doc 5), NOTICE OF PARTIES OF COURT-DIRECTED ADR PROGRAM (Doc 6), and INITIAL STANDING ORDER (Doc 7).

1.  On September 26, 2018, Plaintiff filed NOTICE OF PROOFS OF SERVICE (Doc 8) and attached the duly executed PROOFS OF SERVICE for the Summons, Complaint, Certificate of Interested Parties and Civil Cover Sheet in the

above-captioned matter, ("the case-initiating documents").

2. Pursuant to NOTICE OF ASSIGNMENT (Doc 5), which states in part, "The party that filed the case-initiating document in this case (for example, the complaint or the notice of removal) <u>must serve a copy of this Notice</u> on all parties served with the case-initiating documents."

3. Plaintiff had already initiated PROOFS OF SERVICE and explained to the court that he would serve the parties with the additional documents (Doc 8).

4. On September 27, 2018, Plaintiff contacted the services of Brandywine Process Servers LTD. in Delaware and Serves R Us in Sacramento again, to facilitate service upon the parties the additional documents (Docs 5,6,7).

5. By October 5, 2018, Plaintiff was in receipt of confirmation from the process servers of the duly executed PROOFS OF SERVICE for the additional case-initiating documents.

6. Also on October 5, 2018, Plaintiff conferred with counsel for Defendants and agreed to stipulate for Defendants' extension of time to respond to the Complaint by 30 days (Doc 9).

7. Based on the foregoing, Plaintiff attaches herewith the duly executed PROOFS OF SERVICE for the NOTICE OF ASSIGNMENT, NOTICE OF PARTIES OF COURT-DIRECTED ADR PROGRAM and INITIAL STANDING ORDER FOR CASES ASSIGNED TO JUDGE JOSEPHINE L. STATON (Docs 5,

1  6 and 7), thereby facilitating SUPPLEMENTAL PROOFS OF SERVICE for <u>all</u> of

2  the remaining case-initiating documents served on <u>all</u> parties.

3  Respectfully submitted on this day of ___Oct 9, 2018___

*[signature: Pritsh Vora]*

by Pritish Vora, Pro Se

27758 Santa Marg. Pkwy, #530

Mission Viejo, CA  92691

949-292-8359

pvora2112@gmail.com

## CERTIFICATE OF SERVICE

I certify that on October 9, 2018, I filed the foregoing with the clerk of the court and a copy was sent via United States Postal Service first class mail to the party below.

YU MOHANDESI LLP

Attention: B. Ben Mohandesi (SBN 241921)
(213) 377-5505 bmohandesi@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

Attorneys for Defendants LVNV FUNDING, LLC and
RESURGENT CAPITAL SERVICES, L.P.


*/s/ Pritish Vora*
_____

by Pritish Vora, Pro Se

27758 Santa Marg. Pkwy #530
Mission Viejo, CA 92691
(949) 292-8359
pvora2112@gmail.com

# Affidavit of Process Server

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

| PRITISH VORA | VS | LVNV FUNDING, LLC, ET AL. | 8:18-CV-01674-JLS-JDE |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

KEVIN S. DUNN being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 10/1/18

**Service:** I served LVNV FUNDING, LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE JOSEPHINE L. STATON

by leaving with LYNANNE GARES / MANAGING AGENT At
NAME / RELATIONSHIP

☐ Residence
☒ Business  C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808
ADDRESS / CITY / STATE

On 10/1/18 AT 12:30 PM
DATE / TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE
from _____
CITY   STATE   ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Canceled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
DATE  TIME   DATE  TIME
(3) _____ (4) _____ (5) _____
DATE  TIME   DATE  TIME   DATE  TIME

Age 45   Sex FEMALE   Race WHITE   Height 5'5   Weight 180   HAIR BROWN

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 1ST day of OCTOBER, 2018.

_____
SIGNATURE OF NOTARY PUBLIC

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

| | | |
|---|---|---|
| **BRANDYWINE PROCESS SERVERS, LTD**<br>P.O. BOX 1360<br>WILMINGTON, DE 19899 | Bill<br>To | PRITISH VORA<br>27758 SANTA MARGARITA PKWY<br># 530<br>MISSION VIEJO, CA, 92691 |

EMAIL: brandywineps@comcast.net

302-475-2600           TAX ID 51-0267938

INVOICE # 10631

# INVOICE

DATE 10/1/2018

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
|  | PRITISH VORA    V    LVNV |  |
| 10/1/18 | LVNV FUNDING | $69.00 |

Amount Paid         $69.00

TERMS: PAYMENT DUE 20 DAYS

**AMOUNT DUE**         $0.00

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of California

Case Number: SACV18-01674 JLS (JDEX)

Plaintiff:
**Pritish Vora**

vs.

Defendant:
**LVNV FUNDING LLC, a Delaware Limited Liability Company et al.**

For:
Pritish Vora
27758 Santa Marg. Pkwy, # 530
Mission Viejo, CA 92691

Received by Serves R Us on the 27th day of September, 2018 at 8:47 am to be served on **RESURGENT CAPITAL SERVICES, L.P., 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833**.

I, James Thomas, do hereby affirm that on the **1st day of October, 2018** at **1:05 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES, NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM, INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE JOSEPHINE L. STATON** with the date and hour of service endorsed thereon by me, to: **Jeanne Zhen c/o CSC Lawyers Incorporating Service, Inc.** as **Registered Agent** at the address of: **2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833** on behalf of **RESURGENT CAPITAL SERVICES, L.P.**, and informed said person of the contents therein, in compliance with state statutes.

**Service Fee Items:**
  Standard Serve    $75.00
  Total             $75.00

I certify that I am over the age of 18, have no interest in the above action, and am a Registered Process Server, in good standing, in the judicial circuit in which the process was served.

**ORIGINAL DOCUMENT**
Blue Signature

_____
James Thomas
201541

**Serves R Us**
915 L Street # C123
Sacramento, CA 95814
(916) 691-4109

Our Job Serial Number: SRU-2018001871



**INVOICE**

Invoice #SRU-2018001871
10/1/2018

**Send Payments To:**
Serves R Us
915 L Street # C123
Sacramento, CA 95814
Phone: (916) 691-4109
Fax: (916) 405-3808
Servesrus.Com

Pritish Vora
27758 Santa Marg. Pkwy, # 530
Mission Viejo, CA 92691

**Case Number: SACV18-01674 JLS (JDEX)**

Plaintiff:
**Pritish Vora**

Defendant:
**LVNV FUNDING LLC, a Delaware Limited Liability Company et al.**

Received: 9/27/2018   Served: 10/1/2018 1:05 pm   CORPORATE - REGISTERED AGENT
To be served on: RESURGENT CAPITAL SERVICES, L.P.

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Standard Serve | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |
| | Pre Payment | | 75.00 |
| **BALANCE DUE:** | | | **$0.00** |

Thank you for your business!

*PAYMENT WILL SHOW AS AUTHORIZE.NET OR PAYPAL ON YOUR STATEMENT.*

Page 1 / 1

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2n