**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Tamar G. Ellyin** (SBN 266860)
213.418.9341 | tellyin@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendants
LVNV Funding, LLC and
Resurgent Capital Services, LP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pritish Vora,<br><br>        Plaintiff,<br><br>    v.<br><br>LVNV FUNDING, LLC, a Delaware Limited Liability Company, and Resurgent Capital Services, L.P., a Delaware Limited Partnership,<br><br>        Defendants. | Case No.: 8:18-cv-01674-JLS-JDE<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Pritish Vora ("Plaintiff"), and Defendants LVNV Funding, LLC and Resurgent Capital Services, LP ("Defendants") (collectively, the "Parties") hereby provide notice that they have reached a settlement of the above-entitled action fully resolving all claims asserted by Plaintiff against Defendants.

The Parties anticipate that the settlement will be finalized within 30 days, at which point the Parties will file a Stipulation of Dismissal of this action with prejudice.

DATED: 11/8/2018

YU | MOHANDESI LLP

By  /s/ B. Ben Mohandesi
B.Ben Mohandesi
Attorneys for Defendants
LVNV Funding, LLC and
Resurgent Capital Services, LP

DATED: 11/8/2018

By_____
Pritish Vora
Plaintiff, *pro per*

# CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2018, I electronically filed the foregoing document(s) entitled:

- NOTICE OF SETTLEMENT

with the Clerk of the Court at the United States District Court, Central District of California using the CM/ECF system and served a copy of same upon all parties of record via the Court's electronic filing system.  Parties may access this filing through the Court's system.

I also served a copy of the above documents by U.S. Mail to:

Pritish Vora

27758 Santa Marg. Pkwy, #530

Mission Viejo, CA 92691

949-292-8359

*Plaintiffs In Pro Per*

DATED:  November 9, 2018.

By:  */s/ Ben Mohandesi*
Ben Mohandesi