FILED

Pritish Vora
27758 Santa Marg. Pkwy #530
Mission Viejo, CA 92691
(949) 292-8359
Plaintiff in Pro Per

2018 DEC -4 PM 3:32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA

BY LAW

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Pritish Vora,
Plaintiff,
vs.
LVNV FUNDING, LLC et al.,
Defendant(s).

Case No.: 8:18-cv-01674-JLS (JDEx)
**STIPULATION OF DISMISSAL**
**[F.R.C.P 41(a)]**

COMES NOW, Plaintiff, Pritish Vora, by way of Pro Se, and Defendants LVNV FUNDING, LLC and RESURGENT CAPITAL SERVICES, LP ("Defendants"), by way of counsel, (collectively, the "Parties"), hereby file with the HONORABLE COURT the STIPULATION OF DISMISSAL. The parties finalized the settlement on November 30, 2018 in the above-captioned matter.

Based on the foregoing, and pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii), the Parties hereby stipulate that this action be dismissed with prejudice against Defendants, with each party to bear its own fees and costs.

Respectfully submitted on this day of December 4, 2018.

Dated December 4, 2018

Pritish Vora

By ____________________

Plaintiff, Pro Se

Dated, December 4, 2018

YU MOHANDESI LLP

By ____________________

Ben Mohandesi

Attorneys for Defendants

LVNV FUNDING, LLC and

RESURGENT CAPITAL SERVICES, LP

CERTIFICATE OF SERVICE

I certify that on December 4, 2018, I filed the foregoing with the clerk of the court and a copy was sent via United States Postal Service first class mail to the party below.

YU MOHANDESI LLP

B. Ben Mohandesi (SBN 214921)
(213) 377-5505; bmohandesi@yumollp.com
Jordan S. Yu (SBN 227341)
(213) 377-5502; jyu@yumollp.com
Tamar G. Ellyin (SBN 266860)
(213) 418-9341 tellyin@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
(213) 377-5501 Facsimile

Attorneys for Defendants
LVNV FUNDING, LLC and
RESURGENT CAPITAL SERVICES, LP

by Pritish Vora, Pro Se

27758 Santa Marg. Pkwy #530
Mission Viejo, CA 92691
(949) 292-8359
pvora2112@gmail.com